IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CHIKELUBA KENECHUKWU, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:15-CV-62 |
| | § | |
| ERIC HOLDER, JR., *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DISMISSAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court, Eastern District of Texas, the Court referred this proceeding to United States Magistrate Judge Keith F. Giblin for pretrial management. On June 10, 2016, Judge Giblin issued his Report and Recommendation recommending that the plaintiff's claims be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

To date, the plaintiff has not filed objections to Judge Giblin's findings and recommendation in accordance with Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636(b). After careful consideration, the Court accepts Judge Giblin's recommended disposition.

The Court therefore **ORDERS** that the Report and Recommendation on Dismissal [Doc. #3] is **ADOPTED.** Pursuant to the magistrate judge's recommendation, the Court

further **ORDERS** that the plaintiff's claims in this case are **DISMISSED** in their entirety, with prejudice. The Clerk is directed to **CLOSE** the case.

**SIGNED this 21st day of July, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE